CARMINE J. MARASCO, Appellant, v. LUIGI TORREGROSSA, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

GEORGE F. SMITH, Respondent, v. INDUSTRIAL PETROLEUM CO., INC., and THOMAS R. SMITH, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

MOE TAUB, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent. — Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

JEAN ZUPPORDI, Respondent, v. FIDELITY WAREHOUSE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

VIRGINIA M. AUSTIN, Respondent, v. MONDS' GARAGE, INC., and Others, Defendants, Impleaded with J. HERBERT MONDS, Doing Business as MONDS' GARAGE, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ESTHER BABCOCK, as Administratrix, etc., of JAMES N. BABCOCK, Deceased, Appellant, v. THE NEW JERSEY AND NEW YORK RAILROAD COMPANY, Respondent. — Order vacating judgment entered by plaintiff and staying plaintiff from entering judgment pending determination of defendant's motion to set aside the verdict and for a new trial affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

ESTHER BABCOCK, as Administratrix, etc., of JAMES N. BABCOCK, Deceased, Appellant, v. THE NEW JERSEY AND NEW YORK RAILROAD COMPANY, Respondent. — Order in so far as appealed from affirmed, with costs. No opinion. Lazansky, P. J., Young and Kapper, JJ., concur; Davis, J., concurs for affirmance, but with costs to respondent to abide the event; Carswell, J., dissents and votes to reverse and reinstate the verdict.

REBECCA H. BECKER, Respondent, v. HERMAN MENDLOWITZ and SAYDE MENDLOWITZ, Appellants.— Order denying defendants' motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

ANNA BOGART and Others, Appellants, v. CATHERINE SCHICK and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE BROOKLYN CONSOLIDATED REALTY CORPORATION, Appellant, v. CAMSTAL BUILDING CORPORATION, Respondent, Impleaded with Others, Defendants.— Order discontinuing foreclosure action upon payment of interest and costs modified by eliminating the provision with reference to costs and a discontinuance of the action and the cancellation of the lis pendens, and as so modified affirmed, without costs. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.